UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRAULIO THORNE, ON BEHALF OF HIMSELF
AND ALL OTHERS SIMILARLY SITUATED,

                    Plaintiff,

-against-

BOB'S DISCOUNT FURNITURE, LLC,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/2020

19 Civ. 10100 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 22, 2020, Defendant filed a pre-motion letter in accordance with Rule III(A) of the Court's Individual Practices in Civil Cases. ECF No. 18. Pursuant to that rule, Plaintiff was required to submit a letter in opposition by January 29, 2020. That submission is now overdue. Accordingly, it is hereby ORDERED that by **February 5, 2020**, Plaintiff shall submit a letter in response to Defendant's promotion letter, in accordance with Rule III(A)(ii) of the Court's Individual Practices.

    SO ORDERED.

Dated: February 3, 2020
       New York, New York

                                        ANALISA TORRES
                                  United States District Judge