USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

BRAULIO THORNE, *on behalf of himself and all other persons similarly situated*,

               Plaintiff,

     -v-

BOB'S DISCOUNT FURNITURE, LLC,

               Defendant.

-----------------------------------------------------------------X

19-cv-10100 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    The Complaint in this case was filed on October 30, 2019 (Dkt. No. 1). On March 9, 2020, Defendant filed a Motion to Dismiss (Dkt. No. 22). Plaintiff timely filed his First Amended Complaint on March 19, 2020 (Dkt. No. 24).

    Pursuant to Paragraph 3(B) of the Court's Individual Rules of Practice in Civil Cases, the previously-filed Motion to Dismiss is DENIED AS MOOT.

    SO ORDERED.

Dated: March 20, 2020
       New York, New York

                                                LEWIS J. LIMAN
                                                United States District Judge