USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/23/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
BRAULIO THORNE, *on behalf of himself and all others similarly situated*,
:
:
Plaintiff,   :   19-cv-10100 (LJL)
:
-v-   :   ORDER
:
BOB'S DISCOUNT FURNITURE,   :
:
Defendant.   :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court has before it several motions to dismiss in cases alleging violations of the Americans with Disabilities Act for the failure of businesses to accommodate legally blind individuals in the purveyance of gift cards. Similar motions to dismiss raising the same arguments as are raised in the motions before this Court are currently pending on appeal before the Second Circuit in the following cases: *Dominguez v. Banana Republic, LLC*, 20-1559 and *Murphy v. Kohl's Corp.*, 20-1608.

By separate forthcoming orders, the Court is dismissing those motions pending a decision in *Dominguez* or *Murphy* and staying those cases pending the same.

IT IS HEREBY ORDERED that this case, which involves the same issues, is likewise STAYED pending a decision in either *Dominguez* or *Murphy*:

SO ORDERED.

Dated: June 23, 2020
       New York, New York                    _____
                                             LEWIS J. LIMAN
                                             United States District Judge